**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

**TRAVIS PICKNEY, on behalf of himself and all
others similarly situated,**

                                    **Plaintiff,**

**v.**

**MID-STATE MARKETING, LLC,**

                                 **Defendant.**

**CIVIL ACTION NO.  16-CV-152**

**JUDGE TRIMBLE**

**MAGISTRATE JUDGE HORNSBY**

**JURY TRIAL DEMANDED**

**Exhibit "A" – Settlement Payments to Plaintiffs
(50% allocated as wages and 50% allocated as liquidated damages)**

1. Mr. Travis Pickney - $10, 200.00[1]

2. Mr. James Elliot - $2,000.00

3. Mr. Henry Foggo, III - $2,800.00

4. Mr. Michael Harris - $3,200.00

5. Mr. Charles Jackson - $3,000.00

6. Mr. Julius Ramsey - $2,600.00

7. Mr. Marlin Troxell - $3,200.00

---

[1]     Mr. Pickney's payment amount also includes the settlement of his individual FLSA and Wage Payment Act retaliation claims in connection with the termination of his employment.